O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>    v.<br>REUBEN ELWIN CANNON, III,<br>            Defendant. | CASE NO. CR09-884-CAS<br><br>REVOCATION ON SUPERVISED RELEASE AND JUDGMENT |

On November 15, 2010 and December 9, 2010, this matter came before the Court on petitions to show cause why supervised release should not be revoked filed November 10, 2010 and December 7, 2010. The Government, Jayne Kim, the defendant and his retained attorney, Sherell McFarlane, were present. The U.S. Probation Officer, Michelle Armstrong, was also present.

The defendant admits the allegation in violation of the Petitions on Probation and Supervised Release filed on November 10, 2010 and December 7, 2010.

The Court finds that the defendant is in violation of the terms and conditions of his supervised release as set forth in the Judgment and Probation/Commitment Order of July 19, 2010. The defendant's supervised release is hereby revoked and reinstated under the same terms and conditions previously imposed, with the following modifications and/or additional conditions:

1) The previously ordered special condition requiring a period of home detention is hereby vacated;

2)    The offender shall reside at, participate in and successfully complete a Residential Reentry Center (RRC) program, under the community corrections component, as approved by the Probation Officer, for a period not to exceed one hundred twenty (120) days or until discharged by the program director, pursuant to 18 U.S.C. § 3563(b)(11) and 18 U.S. C. § 3583(d);

3)    The RRC' subsistence fee shall be waived;

4)    The offender shall reside at, participate in and successfully complete an approved residential drug and alcohol treatment center/program approved by the U.S. Probation Office, that includes urinalysis, breathalyser, saliva and/or sweat patch testing, for treatment of alcohol and/or narcotic addiction or dependency, until successfully discharged by the Program Director with the approval of the Probation Officer; and

5)    The residential drug treatment program requirement shall be suspended while the offender is successfully participating in outpatient substance abuse treatment and/or random drug and alcohol testing, and can be enforced by the Probation Officer upon a determination of illicit substance use and/or if the offender continues a pattern of submitting invalid/dilute specimens.

IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: December 10, 2010

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE


TERRY NAFISI, CLERK OF COURT


By: ___/S/_____
    Catherine M. Jeang, Deputy Clerk

2