

FILED
CLERK, U.S. DISTRICT COURT
JUN 29 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> REUBEN ELWIN CANNON, III, <br><br> Defendant. | NO.: CR 09-00884-CAS <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

    The defendant having been arrested in this district pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation of the terms and conditions of his supervised release; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   (X)  The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if

released under 18 U.S.C. § 3142(b) or (c). This finding is based on the prior revocation of his supervised release. Also, it is alleged that there are outstanding warrants, he has a history of failures to appear, and this is the second time he has been charged with absconding from a treatment program; and

B.  (X)  The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community because of his criminal history and history of substance abuse.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: June 29, 2012

_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE